IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| ROBERT L. EMEHISER, | ) | |
| | ) | |
| Petitioner, | ) | Case No. CV-05-456-C-MHW |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| KEVIN KEMPF, Warden ICI-O, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

The parties have consented to the jurisdiction of a United States Magistrate Judge to enter final orders in this case, in accordance with 28 U.S.C. § 636(c).  (Docket Nos. 7, 9, & 10.)

Based upon the Court's Memorandum Order entered March 13, 2007, and based upon the Court's Memorandum Decision and Order filed herewith, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this cause of action is DISMISSED with prejudice.

DATED:  **March 24, 2009**

_____
Honorable Mikel H. Williams
United States Magistrate Judge

**JUDGMENT - 1**